<u>**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**</u>

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000071
30-APR-2025
08:48 AM
Dkt. 62 ODMR**

NO. CAAP-22-0000071

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GREEN ENERGY TEAM LLC, Claimant-Appellee,
v.
KAUAI ISLAND UTILITY COOPERATIVE, Respondent-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CSP-21-0000261)

<u>**ORDER DENYING MOTION FOR RECONSIDERATION**</u>
(By: Leonard, Acting Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of "Claimant-Appellee Green Energy Team LLC's [(**GET**)] Motion for Reconsideration of Summary Disposition Order, Filed 04/11/2025 [DKT.55]" (**Motion for Reconsideration**), filed on April 21, 2025, pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 40, it appears that:

(1) GET moves for reconsideration of the court's Summary Disposition Order, filed on April 11, 2025;

(2)   The Motion for Reconsideration presents no point of law or fact that this court overlooked or misapprehended.  <u>See</u> HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, April 30, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge